BEN TERNER and JACOB TERNER, Suing for Themselves as Stockholders and Directors and All Other Stockholders of GLICKSTEIN & TERNER, INC., in Like Situation, Who Shall Choose to Become Parties to This Action and to Contribute to the Expense Thereof, Respondents, v. EDWARD GLICKSTEIN and Others, Appellants.— Order modified by limiting the inspection and examination provided for therein to the books of accounts and all vouchers, checks and check books of the defendant corporation, and as so modified affirmed, with ten dollars costs and disbursements to appellants. In our opinion the provisions of the order appealed from are too broad, and the inspection and examination should be confined to the books and papers above referred to. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Hagarty, J., not voting.

LEITO KILDARE ADAMS, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of FRANCIS WRIGHT CLINTON, Deceased, Respondent. (Appeal No. 2.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CHARLES ASGIAN, an Infant, by ARTIN ASGIAN, His Guardian ad Litem, and ARTIN ASGIAN, Respondents, v. ADOLF GOBEL, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

HAROLD BEDFORD, Respondent, v. DYER-KANE Company and Others, Defendants, and GLOBE INDEMNITY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MARY GINSBARG, Respondent, v. GREGOIRE GINSBARG, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Carswell, J., dissents from the denial of the motion for leave to appeal to the Court of Appeals in so far as the question of counsel fee is concerned, being of opinion that the court is without power to allow a counsel fee to plaintiff in an action for annulment.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Southerly Side of Avenue U, between West Twelfth and West Thirteenth Streets, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law. BENCOLE REALTY Co., INC., and Others, Petitioners; THE CITY OF NEW YORK, Respondent.— Motion to confirm report of official referee and to direct payment of award granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of JOHN J. FINN, an Attorney.— Respondent disbarred and his name ordered struck from the roll of attorneys. Disbarment must follow his conviction of a felony in the County Court of Westchester county. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.